WILL OF ELSEN: ESTATE OF ELSEN, Appellant, vs. ELSEN, Claimant, Respondent.

For the appellant: *Baldwin & Bosshard* of La Crosse.

For the respondent: *George H. Gordon, Law & Brody,* of La Crosse.

*By the Court.*—Judgment affirmed.

RYAN, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *McCoy & Hansen* of Duluth, Minnesota, and *Olin & Butler* of Madison.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.